| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Lavery & Sirkis, Esquires<br>Joan Sirkis Lavery, Esq.<br>699Washington Street<br>Suite 103<br>Hackettstown, NJ 07840<br>(908) 850-6161<br>Attorney for Debtor | |
| In Re:<br><br>Diane A. Cook | Case No.: 11-45821<br><br>Judge: MBK<br><br>Chapter: 13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, _____Diane A. Cook_____, is the

    ☐ Trustee:    ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

    ☑ Debtor:    ☐ Chap. 11    ☑ Chap. 13

    ☐ Official Committee of _____

2. The applicant seeks to retain the following professional __Tettemer Law Offices__ to serve as:

    ☐ Attorney for:    ☐ Trustee    ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☐ Accountant for: ☐ Trustee ☐ Debtor-in-possession

☐ Official Committee of _____

☑ Other Professional:

☐ Realtor ☐ Appraiser ☑ Special Counsel

☐ Auctioneer ☐ Other (specify): _____

3. The employment of the professional is necessary because:
A family member initiated litigation in the Superior Court

4. The professional has been selected because:
The law firm came highly recomended

5. The professional services to be rendered are as follows:
Procescution and defense of probate action

6. The proposed arrangement for compensation is as follows:
Original retainer of $7500.00 and then an hourly rate of $350 and hour for the attorney and $150 for the paralegal

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ☒ None

   ☐ Describe connection: _____

   _____

   _____

8. To the best of the applicant's knowledge, the professional (check all that apply):

   ☒ does not hold an adverse interest to the estate.

   ☒ does not represent an adverse interest to the estate.

   ☒ is a disinterested person under 11 U.S.C. § 101(14).

   ☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

   ☐ Other; explain:

   _____

   _____

   _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

   _____

   _____

   _____

3

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date:  3/10/15

/s/ Diane Cook
Signature of Applicant

Diane Cook
Name of Applicant

05/13/05;jml