UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Lavery & Sirkis, Esquires
Joan Sirkis Lavery, Esq.
699 Washington Street, Suite 103
Hackettstown, NJ  07840
Attorney for Debtor

Order Filed on March 18, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Diane A. Cook

Case No.: 11-45821

Judge: MBK

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER AUTHORIZING
## RETENTION OF Stephanie Tettemer, Esq

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

DATED: March 18, 2015

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re:     Diane A. Cook

Case No.:     11-45821

Applicant:     Diane A. Cook

(check all that apply) ☐ Trustee: ☐ Chap. 7     ☐ Chap. 11     ☐ Chap. 13.

☑ Debtor: ☐ Chap. 11     ☑ Chap. 13

☐ Official Committee of _____

Name of Professional:     Stephanie Tettemer Esq.

Address of Professional:     130 Mansfield Street

Belvidere, NJ 07823

☐ Attorney for (check all that apply):
    ☐ Trustee     ☐ Debtor-in-Possession
    ☐ Official Committee of _____

☐ Accountant for:
    ☐ Trustee     ☐ Debtor-in-Possession
    ☐ Official Committee of _____

☑ Other Professional:
    ☐ Realtor     ☐ Appraiser     ☑ Special Counsel     ☐ Auctioneer
    ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*