LAW OFFICE OF ANDRE L. KYDALA
54 Old Highway 22
P.O. BOX 5537
CLINTON, NJ  08809
(908) 735-261
ATTORNEY FOR STEPHANIE TETTMER ESQ
ALK-2393

| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| Diane A. Cook | CHAPTER 13 |
| | CASE NO: 11-45821 |
| | HEARING DATE: NOTICE OF MOTION TO VACATE ORDER APPOINTING STEPHANIE TETTEMER AS SPECIAL COUNSEL TO THE DEBTOR |

To: Joan Sirkis Lavery
699 Washington Street
Hackettstown NJ 07840

Jonathan Stone Esq
490 Schooleys Mountain Rd
Hackettstown, NJ 07840

Charles Lee Esq
62 Goldfinch Dr
Hackettstown NJ 07840

Sir/Madam:

PLEASE TAKE NOTICE that the undersigned counsel to the Debtor, shall move before the United States Bankruptcy Court, at Trenton, New Jersey on            at 10:00 a.m., or as soon thereafter as counsel may be heard, for the following relief:

A) Vacating the order appointing Stephanie Tettemer as special counsel to the Debtor

B) For such other and further relief as is just.

## LOCAL RULE 3(D)

PLEASE TAKE FURTHER NOTICE that unless timely responsive papers are filed in accordance with the appropriate rules, this Motion shall be deemed uncontested.

Andre L. Kydala, Esq.
54 Old Highway 22
P.O. Box 5537
Clinton, New Jersey 08809

Dated: 5/14/2015                                          By:/s/Andre L. Kydala, Esq.